In the Matter of Supplementary Proceedings: NELL RIDDER, Judgment Creditor, Respondent, v. BERNARD H. RIDDER, Judgment Debtor, Appellant.— Order denying motion of judgment debtor to vacate order of reference and for other relief unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley and Glennon, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. TEN PARK AVENUE CORPORATION and Others, Defendants. HELEN LIVINGSTON McCLELLAN, Plaintiff, v. TEN PARK AVENUE CORPORATION and Others, Defendants. RECONSTRUCTION FINANCE CORPORATION, Appellant, v. JOSEPH KAHN and LEON LEIGHTON, Respondents.— Order entered November 28, 1934, in so far as it appoints a referee to hear objections to the intermediate accounting filed by receivers; and order denying motion to resettle said order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, as Trustee of the Bankrupt Estate of WILLIAM A. LEVY, Appellant, for the Issuance of an Execution under Section 684 of the Civil Practice Act of the State of New York against the Income from Certain Trust Funds of Said WILLIAM A. LEVY in the Hands of CENTRAL HANOVER BANK AND TRUST COMPANY and WILLIAM A. LEVY, Trustees under the Last Will and Testament of ARTHUR LEVY, Deceased, and in the Hands of CENTRAL HANOVER BANK AND TRUST COMPANY and WILLIAM L. LEVY, Trustees under the Last Will and Testament of MINNIE LEVY, Deceased, and Funds to Come into Their Hands under Said Wills. WILLIAM A. LEVY, Respondent.— Order granting motion of William A. Levy to vacate judgment for costs entered against defendants as trustees, and for substitution of William A. Levy individually as judgment debtor in said judgment, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to an application to the Court of Appeals. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the UNION INDEMNITY COMPANY, Respondent, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. UNITED STATES OF AMERICA, Claimant, Appellant.— Order granting motion of the Superintendent of Insurance of the State of New York, as conservator of the Union Indemnity Company, for an order authorizing and directing him to pay in full all wage claimants whose claims have been allowed in this proceeding pursuant to the provisions of section 419 of the Insurance Law of the State of New York, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.